UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                 CASE NO.: **15-00284**

    **Sheryl J. Rory-Hudson,**

    Debtor(s).
_____/

    __**X**__   **Chapter 13 Plan**   _____   **Amended Chapter 13 Plan**

    COMES NOW, the Debtor(s) and files this Chapter 13 Plan. The projected disposable income of the Debtor(s) is submitted to the supervision and control of the Chapter 13 Standing Trustee, and the Debtor(s) shall pay the following sums to the Chapter 13 Standing Trustee:

PLAN PAYMENTS

**Payment Number by months**     **Amount of Monthly Plan Payment**

  1- 60 (02/22/2015 – 01/22/2020 )     $1,260.64

    The Debtor(s)(s) shall pay by **money order**, **cashier's check** or **wage deduction**, to Douglas W. Neway, Chapter 13 Standing Trustee, P.O. Box 2079, Memphis, Tennessee 38101-2079. The Debtor(s) name and case number must be indicated clearly thereon and received by the due dates for payments established by court order.

PAYMENT OF CLAIMS THROUGH THE PLAN

**ATTORNEY FEES**

| Attorney Name | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| Edward P. Jackson | $ 3,185.0 | $144.78 | 1 - 22 |

**PRIORITY CLAIMS**

The fees and expenses of the Trustee shall be paid over the life of the Plan at the rate allowed as governed by the guidelines of the United States Trustee.

| Name of Creditor | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | | | |

**MORTGAGE PAYMENTS PAID OUTSIDE PLAN - MUST BE CURRENT**

| Name of Creditor | Collateral |
|---|---|
| NONE | |

**VEHICLE PAYMENTS PAID OUTSIDE PLAN - MUST BE ACH**

| Name of Creditor | Collateral |
|---|---|
| NONE | |

**SECURED CLAIMS- MODIFIED MORTGAGE PAYMENTS IN PLAN**

| Creditor Collateral | Account Number | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| CitiMortgage 3248 Fox Squirrel Drive Orange Park, Fl 32073 | 636533673 | $369.83 | 1 - 60 |

THE PLAN PROPOSES A MODIFIED PAYMENT TO THE CREDITOR. SIXTY(60) DAYS FOLLOWING THE FILING OF THE MEDIATORS REPORT THE DEBTOR SHALL EITHER MODIFY TO PAY THIS CLAIM AS FILED, OR MODIFY TO PAY THE MODIFIED MORTGAGE PAYMENT IF DIFFERENT THAN WHAT IS BEING PAID UNDER THE PLAN OR MODIFY TO SURRENDER THE PROPERTY. IF DEBTOR DOES NOT MOVE TO MODIFY THE PLAN WITHIN 60 DAYS, CREDITOR MAY SEEK RELIEF FROM THE AUTOMATIC STAY UNDER THE LOCAL RULES' PROCEDURE USING NEGATIVE NOTICE.

**SECURED CLAIMS- MORTGAGE PAYMENTS IN PLAN**

| Creditor Collateral | Account Number | Payment Amount | Payment Month Numbers |
|---|---|---|---|
| NONE | | | |

**SECURED ARREARAGE**

| Creditor Collateral | Account Number | Claim Amount | Payment Amount | Payment Month Numbers |
|---|---|---|---|---|
| NONE | | | | |

**SECURED CLAIMS PAID IN FULL**

| Creditor | Account | Claim | Interest | Payment | Payment Month |
|---|---|---|---|---|---|

| Collateral | Number | Amount | Rate | Amount | Numbers |
|---|---|---|---|---|---|
| PNC Mortgage<br>3248 Fox Squirrel Drive<br>Orange Park, Fl 32073 | | $21,235.00 | 5% | $400.73 | 1 - 60 |
| Spencer Crossing HOA<br>3248 Fox Squirrel Drive<br>Orange Park, Fl 32073 | | $2,567.23 | 5% | $48.45 | 1 - 60 |
| Hardee County Tax Collector<br>5137 Martin Luther King Dr<br>Bowling Green, Fl 33834 | | $9,039.45 | 5% | $170.59 | 1 - 60 |

The creditor shall release its lien on the collateral upon completion of this plan.

**VALUATION OF SECURITY**

| Creditor<br>Collateral | Account<br>Number | Claim<br>Amount | Interest<br>Rate | Payment<br>Amount | Payment Month<br>Numbers |
|---|---|---|---|---|---|
| NONE | | | | | |

(motion to value must be filed consistent with plan treatment)
   The creditor shall release its lien on the collateral upon completion of this plan.


**PROPERTY TO BE SURRENDERED**

| Name of Creditor | Collateral |
|---|---|
| NONE | |

**MORTGAGES TO BE STRIPPED BY MOTION OR ADVERSARY**

| Name of Creditor | Collateral |
|---|---|
| NONE | |

**EXECUTORY CONTRACTS**

**The following Executory Contracts are assumed:**

| Name of Creditor | Collateral |
|---|---|
| NONE | |

**The following Executory Contracts are rejected**:

| Name of Creditor | Collateral |
|---|---|
| NONE | |

**Liens to be Avoided pursuant to 11 U.S.C. Section 522(f):**
NONE

**Unsecured Creditors**  whose claims are allowed shall receive a pro rate share of the balance of the funds remaining after payments to Priority and Secured Creditors are

made.  Approximate percentage**:     100     %**

Property of the Estate revests in the Debtor(s) upon confirmation of the plan, OR upon completion of all plan payments and the discharge of Debtor(s).

## **Standard Provisions:**

    1.  Any claims filed after the claims deadline shall receive no distribution under this Plan unless specifically provided for above. This shall not apply to claims filed by the Debtors.

    2.  Confirmation of the plan shall impose an affirmative duty on the holders and/or the servicers of any claims secured by liens, mortgages and/or deeds of trust on the principal residence of the Debtors to do all of the following:
    (a) To apply the payments received from the trustee on the prepetition arrearages, if any, only to such arrearages. For purposes of this plan, the "prepetition" arrears shall include all sums included in the "allowed" proof of claim and shall have a "0" balance upon entry of the Discharge Order in this case.
    (b) To deem the prepetition arrearages as contractually current upon confirmation of the plan, thereby precluding the imposition of late payment charges or other default-related fees and services based solely on the prepetition default or defaults.
    (c) To apply the direct post-petition monthly mortgage payments paid by the trustee or by the Debtors to the month in which each payment was designated to be made under the plan or directly by the Debtors, whether or not such payments are immediately applied by the creditor to the outstanding loan balance or are placed into some type of suspense, forbearance or similar account.

    3.  Any post-petition costs or expenses incurred by or on behalf of any secured creditor will be discharged upon the Debtor's completion of the plan, unless specifically provided for in this order, or by further order of Court on motion filed prior to completion of the plan.

    Filed: February 19, 2015.

        /s/ Edward P. Jackson
        EDWARD P. JACKSON
        Attorney for Debtor
        255 N. Liberty Street, First Floor
        Jacksonville, FL 32202
        (904) 358-1952 VOICE
        (904) 358-1288 FAX
        Florida Bar #286648